## Commonwealth ex rel. Wallis, Appellant, *v.* Brierley.

Argued April 16, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Norman Seidel,* with him *Arnold J. Falk,* for appellant.

*Charles H. Spaziani,* District Attorney, with him *Nicholas M. Zanakos,* Assistant District Attorney, for appellee.

OPINION BY MR. CHIEF JUSTICE BELL, May 21, 1968:

In 1950, John W. Wallis was tried and convicted of murder in the first degree and sentenced to life imprisonment. No post-trial motions nor appeal from the judgment of sentence was ever filed. Fifteen and one-half years later Wallis filed a petition for a writ

of habeas corpus. The lower Court refused to issue the writ and dismissed the petition. Wallis thereafter appealed to this Court.

At oral argument it became obvious that the writ should issue and the district attorney orally agreed that the petitioner is entitled to a new trial.

Order reversed, petition for habeas corpus granted and a new trial is ordered.